**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                                          **Case No. 5:98-cr-9-Oc-10GRJ**

**LEROY DAVON STEVENSON**
_____/

**REVOCATION OF SUPERVISED RELEASE AND**
**JUDGMENT AND COMMITMENT**

This matter is before the Court on the Petition on Probation and Supervised Release, filed on August 1, 2005 and a First Superseding Petition on Probation and Supervised Release filed on January 3, 2006. On July 20, 2006, the Court conducted a hearing on the matter at which defendant appeared with Rick Carey and the government was represented by Jackson Boggs, Assistant United States Attorney.

After being personally addressed by the Court and being called upon to respond to the allegations of the Petition, the Petitioner did not deny the allegations in paragraphs 3, 4, and 5 of the First Superseding Petition. The Court therefore found that the violations of the defendant's terms of supervised release as alleged in paragraphs 3, 4, and 5 of the First Superseding Petition had been established in fact and that legal cause existed to revoke the defendant's period of supervised release.

Accordingly, upon due consideration, it is

**ORDERED AND ADJUDGED:**

1.     That defendant's SUPERVISED RELEASE is revoked;

    2.    That defendant is committed to the custody of the United States Bureau of Prisons for a term of 8 months, with no additional term of supervised imposed; and

    3.    That defendant is remanded to the custody of the U.S. Marshal.

**DONE AND ORDERED** at Ocala, Florida this 24th day of July, 2006.

*[signature]*
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record
              United States Marshal
              United States Probation Office
              U.S. Pretrial Services Office
              Leroy Davon Stevenson c/o Counsel